UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| FLORENCE WAIT, | ) | No. CV-04-3140-MWL |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT |
| | ) | MOTION FOR ORDER OF REMAND |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has considered the joint motion of the parties for an order of remand.

**IT IS ORDERED** that this case be remanded to the Commissioner for calculation of benefits with an onset date of January 28, 2002 under Title XVI the Social Security Act. This calculation of benefits will be based on Plaintiff's application for Supplemental Security Income benefits protectively filed on January 28, 2002.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Judgment shall be entered for Plaintiff and the file **CLOSED**.

DATED this 26th day of July, 2005.

                                        s/ Michael W. Leavitt

                                        MICHAEL W. LEAVITT
                                        UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Stephanie R. Martz
STEPHANIE R. MARTZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2272
FAX:  (206) 615-2531
stephanie.martz@ssa.gov